IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FABIAN ELIZONDO, et al., | § § | |
| *Plaintiffs* | § § | CIVIL ACTION NO. 4:14-CV-01393 |
| v. | § § | *consolidated with* |
| HARRIS COUNTY, TEXAS, et al., | § § | NO. 4:14-CV-01901 |
| *Defendants.* | § § | |

## **FINAL JUDGMENT**

On August 4, 2014, a bench trial was held in this matter. Plaintiffs appeared in person and through their attorneys and announced ready for trial. Defendants appeared through their attorneys and announced ready for trial. The Court determined that it had jurisdiction over the subject matter and the parties in this case.

The Court heard the evidence, sworn testimony, and arguments of counsel and renders judgment for the **DEFENDANTS.**

The Court entered written findings of fact and conclusions of law after the bench trial in this matter.

Based on those findings of fact and conclusions of law, the Court ORDERS that all of Plaintiffs' requests for relief are denied, including their request for

permanent injunction.  The Court also ORDERS that Defendants recover their fees and costs from Plaintiffs.

Signed this _____ day of _____ 2014.

_____
David Hittner, United States District Judge